1 | Marcelo A. Dieguez, Esq. (SBN: 221951)
2 | mdieguez@dieferlaw.com
  | Melissa Newman Avila, Esq. (SBN: 286487)
3 | mavila@dieferlaw.com
  | Omri Ben-Ari, Esq. (SBN: 291517)
4 | obenari@dieferlaw.com
  | DIEFER LAW GROUP, P.C.
5 | 34204 Pacific Coast Highway
  | Dana Point, CA 92629-2817
6 | Telephone:  949-260-9131
  | Facsimile:   949-691-3235

Attorneys for Plaintiff ROSANNA GOMEZ

MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller (SBN 167223)
barbara.miller@morganlewis.com
David J. Rashe (SBN 318400)
david.rashe@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:   +1.714.830.0600
Fax:  +1.714.830.0700

Attorneys for Defendants
ASHLEY HOMESTORE HOLDINGS, INC., ET AL.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSANNA GOMEZ, an individual, | Case No. 5:23-CV-01391-JLS-SHK |
| Plaintiff, | *The Honorable Josephine L. Staton* |
| vs. | **NOTICE OF SETTLEMENT** |
| ASHLEY HOMESTORES HOLDINGS, INC., a Wisconsin Corporation; STONELEDGE FURNITURE, LLC, a Wisconsin Limited Liability Company; ASHLEY FURNITURE INDUSTRIES, LLC, a Wisconsin Limited Liability Company; and DOES 1 through 25, inclusive, | Complaint Filed: January 4, 2023<br>FPTC:                November 8, 2024 |
| Defendants. | |

Plaintiff Rosanna Gomez ("Plaintiff") and Defendants Ashley Homestores Holdings, Inc., Stoneledge Furniture, LLC, and Ashley Furniture Industries, LLC ("Defendants") (collectively, the "Parties") have reached a settlement in this action and are working to finalize a written settlement agreement. The Parties will then file with the Court a stipulation and proposed order to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41.

Dated: July 23, 2024            DIEFER LAW GROUP, P.C.

                                By /s/ *Melissa Newman Avila*
                                   MARCELO A. DIEGUEZ
                                   MELISSA NEWMAN AVILA
                                   OMRI BEN-ARI
                                   Attorneys for Plaintiff
                                   ROSANNA GOMEZ

Dated: July 23, 2024            MORGAN, LEWIS & BOCKIUS LLP

                                By /s/ *Barbara J. Miller*
                                   BARBARA J. MILLER
                                   DAVID J. RASHE
                                   Attorneys for Defendants
                                   ASHLEY HOMESTORES
                                   HOLDINGS, INC., STONELEDGE
                                   FURNITURE, LLC and ASHLEY
                                   FURNITURE INDUSTRIES, LLC

Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                By /s/ *Barbara J. Miller*
                                   BARBARA J. MILLER